IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AVNET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-237-WHA |
| | ) | (wo) |
| VALIDATA COMPUTER & RESEARCH CORP., et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Plaintiff Avnet's notice of Withdrawal of Motion for Award of Attorney's Fees and Expenses (Doc. #71), it is hereby

ORDERED that the Motion for Award of Attorney's Fees and Expenses (Doc. #50) is DENIED as moot.

Done this 17th day of December, 2010.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE